### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>Donald C. Raines</u>

    v.                                                      Civil No. 07-cv-251-SM

<u>Commonwealth of Massachusetts,</u>
<u>Superior Court for Worcester County</u>
<u>Probation Office,</u>
<u>NH State Prison, Warden</u>

### <u>ORDER</u> and
### <u>REPORT AND RECOMMENDATION</u>

Petitioner was ordered to exhaust state remedies and to advise the court of the status of his state case every ninety (90) days. He has failed to provide any status report since March 20, 2008. The stay is lifted and I recommend dismissal of the petition for inclusion of unexhausted claims.

Any objections to this report and recommendation must be filed within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See <u>Unauthorized Practice of Law Comm. v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: December 2, 2009

cc:    Donald C. Raines, *pro se*