UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Donald C. Raines</u>

        v.                          Case No. 07-cv-251-SM

<u>Commonwealth of Massachusetts,</u>
<u>Superior Court for Worcester County,</u>
<u>Probation Office</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 2, 2009, no objection having been filed, for the reasons set forth therein.  Petitioner's petition for writ of habeas corpus is hereby dismissed.

Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

December 23, 2009

                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Donald C. Raines, pro se